IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICERS WALKER, GUFFEE, AND VORON, et al.,<br><br>Defendants. | Case No. 2:08-cv-1978 DAE P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Good cause appearing, Defendants' first request for a seven-day extension of time to file and serve their reply in support of Defendants' motion to dismiss is GRANTED.

Defendants shall serve and file their reply on or before September 10, 2010.

**IT IS SO ORDERED.**

Dated: September 2, 2010

_____
The Honorable David A. Ezra

1

[Proposed] Order (2:08-cv-1978 DAE P)