IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO VALDEZ,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CORRECTIONAL OFFICERS WALKER, GUFFEE, AND VORON, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:08-cv-1978 DAE P<br><br>**ORDER** |

　　　Good cause appearing, Defendants Guffee, Voron and Walker's Motion to Modify the June 29, 2010 Scheduling Order (Court Docket 23) deadlines for the filing of dispositive motions, completion of discovery, Defendants' disclosure of expert witnesses, and submission of pre-trial statements, is GRANTED.  After adjudication of Defendants' Motion to Dismiss for Plaintiff's failure to exhaust his administrative remedies, the Court will issue an amended Scheduling Order, as necessary, in due time.

　　**IT IS SO ORDERED.**

Dated: October 13, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable David A. Ezra