IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO VALDEZ,**<br><br>            Plaintiff,<br><br>       v.<br><br>**CORRECTIONAL OFFICERS WALKER, GUFFEE, AND VORON, et al.,**<br><br>            Defendants. | Case No. 2:08-cv-1978 DAE P<br><br>**ORDER** |

Good cause appearing, Defendants' request to modify the March 31, 2011 Scheduling Order (Court Docket 36) is GRANTED.

The current May 27, 2011 dispositive motion, June 3, 2011 defense expert disclosure, and July 18, 2011 discovery deadlines are vacated, and will be continued by ninety days. The Court will issue an amended scheduling order accordingly.

**IT IS SO ORDERED.**

Dated: May 17, 2011

_____
David Alan Ezra
United States District Judge

1