IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO VALDEZ,** | Case No. 2:08-cv-1978 DAE P |
| Plaintiff, | **ORDER** |
| v. | |
| **CORRECTIONAL OFFICERS WALKER, GUFFEE, AND VORON, et al.,** | |
| Defendants. | |

    Good cause appearing, Defendants' request to modify the May 19, 2011 Scheduling Order (ECF No. 41) is GRANTED.

    The current August 26, 2011 dispositive motion and Defendants' disclose of witnesses deadline, and the September 2, 2011 defense expert disclosure deadline, are vacated, and will be continued by sixty days. The Court will issue an amended scheduling order accordingly.

    **IT IS SO ORDERED.**

Dated: August 29, 2011

_____
The Honorable David Alan Ezra

1

[Proposed] Order (2:08-cv-1978 DAE P)