IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO VALDEZ,** | Case No. 2:08-cv-1978 DAE P |
| Plaintiff, | **ORDER** |
| v. | |
| **CORRECTIONAL OFFICERS WALKER, GUFFEE, AND VORON, et al.,** | |
| Defendants. | |

    Good cause appearing, Defendants' first request for an eleven-day extension of time, up to and including February 24, 2012, to file and serve their Reply in Support of Defendants' Motion for Summary Judgment, is granted.

    Defendants shall file and serve their Reply on or before February 24, 2012.

    IT IS SO ORDERED.

Dated: February 21, 2012

_____
The Honorable David A. Ezra